THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANATOLE LORRAINE, Appellant, against LEWIS E. LAWES, as Warden of Sing Sing Prison, Respondent.

Argued October 5, 1937; decided October 19, 1937.

*Edward T. Tighe* for appellant.

*John J. Bennett, Jr., Attorney-General (Patrick H. Clune* and *Thomas H. McNamee* of counsel), for respondent.

Orders reversed, and matter remitted to the Court of General Sessions of the County of New York to determine upon a proper record whether relator was armed within the meaning of section 1944 of Penal Law at the time of the commission of the felony in question; and relator remanded for resentence. (*People* v. *Caruso*, 249 N. Y. 302; *People* v. *Krennen*, 264 N. Y. 108.) No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.